NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GPX INTERNATIONAL TIRE CORPORATION** AND
**HEBEI STARBRIGHT TIRE CO., LTD.,**
*Plaintiffs-Appellees,*

AND

**TIANJIN UNITED TIRE & RUBBER INTERNATIONAL CO., LTD.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant,*

AND

**TITAN TIRE CORPORATION** AND **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,**
*Defendants-Appellants,*

AND

**BRIDGESTONE AMERICAS, INC.** AND **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,**
*Defendants-Appellants.*

---

2011-1107, -1108, -1109

Appeals from the United States Court of International Trade in consolidated case no. 08-CV-0285, Judge Jane A. Restani.

## ON MOTION

Before GAJARSA, *Circuit Judge.*

### ORDER

The Bureau of Fair Trade for Imports and Exports (BOFT), Ministry of Commerce, of the People's Republic of China moves to file a brief amicus curiae in support of the plaintiffs-appellees. GPX International Tire Corporation, Hebei Starbright Tire Co., Ltd., and Tianjin United Tire & Rubber International Co. Ltd. consent to the filing. Titan Tire Corporation/USW, Bridgestone Americas Inc., and Bridgestone Americas Tire Operations, LLC defer to the discretion of the court. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file brief as amici curiae is granted.

FOR THE COURT

**MAY 1 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2011

JAN HORBALY
CLERK

cc: Alan H. Price, Esq.
    Wesley K. Caine, Esq.
    Kathleen W. Cannon, Esq.
    Joseph W. Dorn, Esq.
    Roger B. Schagrin, Esq.
    Daniel L. Porter, Esq.
    Francis J. Sailer, Esq.
    Michael D. Panzera, Esq.
    Jeffrey D. Gerrish, Esq.

s24